# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:01cr48-5

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>vs. )<br>)<br>)<br>MIQUEL DAMON LAMMONS. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court to exonerate the Promissory Note and Deed of Trust posted as bond for the Defendant herein.

The Defendant was arrested on July 17, 2001. On September 12, 2001, the Defendant was released on a secured bond in the amount of $100,000, which was posted by Marietta S. Ward in the form of a Promissory Note and a North Carolina Deed of Trust. The Promissory Note and Deed of Trust have been held by the Clerk pending final disposition of this case.

On November 5, 2001, the Defendant entered a plea of guilty pursuant to a plea agreement with the Government to Count One of the Superseding Bill of Indictment. The Defendant was sentenced on May 30, 2002, to a term of 151 months' imprisonment. The Defendant was

delivered to the Federal Medical Center at Lexington, Kentucky on September 13, 2002.

There being no further liability on the bond, the Court will order it exonerated.

**IT IS, THEREFORE, ORDERED** that the bond referenced herein is hereby **EXONERATED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to write across the face of the Promissory Note and Deed of Trust that the bond has been exonerated and that the Promissory Note and Deed of Trust have been paid and satisfied, and thereafter return the same to the Defendant, in care of his attorney, Albert M. Messer, at the following address:

> Albert M. Messer, Esq.
> Messer Law Firm
> 40 Clayton Street
> Asheville, North Carolina  28801

**IT IS SO ORDERED.**

Signed: January 13, 2010

Martin Reidinger
United States District Judge